ENOCH H. GURNEY, Respondent, *v.* THE UNION TRANSFER AND STORAGE COMPANY, Appellant.

(Argued October 22, 1891; decided December 15, 1891.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made

February 7, 1890, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Sumner C. Chandler* for appellant.

*A. C. Fransioli* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed. _____